UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Willie Baines

                                                          Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     (   ) (   )

Defendant Willie Baines hereby voluntarily consents to participate in the following proceeding via  X                                    videoconferencing or  X    teleconferencing:

- **X**  Initial Appearance Before a Judicial Officer

- ___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- **X**  Bail/Detention Hearing

- ___  Conference Before a Judicial Officer

/s/ Willie Baines
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Willie Baines
Print Defendant's Name

/s/ Jonathan Marvinny
Defendant's Counsel's Signature

Jonathan Marvinny
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/11/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge